UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



MILDRED BENSON                                                                                    PLAINTIFF

VS.                                                                       CIVIL ACTION NO. 5:06cv7DCB-JMR

DANA COMEAUX., ET AL                                                                       DEFENDANTS

### ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this mater be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

THIS   the 21st day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE